UNPUBLISHED

# UNITED STATES COURT OF APPEALS

## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
        *Plaintiff-Appellee,*

v.

DONOVAN J. MCDONALD,
        *Defendant-Appellant.*

No. 02-6364

Appeal from the United States District Court
for the District of South Carolina, at Rock Hill.
Dennis W. Shedd, District Judge.
(CR-97-13)

Submitted: June 10, 2002

Decided: April 15, 2003

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

---

Vacated and remanded by unpublished per curiam opinion.

---

## COUNSEL

Donovan J. McDonald, Appellant Pro Se. Marshall Prince, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

**OPINION**

PER CURIAM:

Donovan McDonald seeks to appeal the district court's order denying his motion under 18 U.S.C.A. § 3582 (West 2002), which the district court construed as McDonald's first motion under 28 U.S.C.A. § 2255 (West Supp. 2001). The district court did not have the benefit of our recent decision in *United States v. Emmanuel*, __ F.3d __, 2002 WL 864259 (4th Cir. May 7, 2002), when it recharacterized McDonald's filing as his first § 2255 motion. Thus, we grant a certificate of appealability, vacate the district court's orders, and remand in light of *Emmanuel* for the district court to provide McDonald with notice of its intention to recharacterize his filing and an opportunity for him to respond by proceeding with the recharacterization to a § 2255 motion* or by electing to have the district court address the merits of the § 3582 motion as filed. *See id.* at *4. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*VACATED AND REMANDED*

---

*If McDonald chooses this route, we express no opinion on the timeliness of the motion or the claims McDonald may seek to raise through amendment. *See* 28 U.S.C.A. § 2255; *Hill v. Braxton*, 277 F.3d 701 (4th Cir. 2002); *United States v. Pittman*, 209 F.3d 314 (4th Cir. 2000).